IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL R. GADBURY,

    Plaintiff,

v.                                                                  No. CV 16-1387 JB/LAM

LISA B. RILEY, DREW LNMAN, and
FNU LNU,

    Defendants.

## ORDER TO CURE DEFICIENCY

    Plaintiff submitted a civil rights complaint [*Doc. 1*] on December 20, 2016. The Court determines that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [*Doc. 2*] is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must include the civil action number (CV 16-1387 JB/LAM) of this case on all papers that he files in this proceeding. Failure to cure the designated deficiency **within thirty (30) days from entry of this Order** may result in **dismissal** of this action without further notice.

    **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.

    **IT IS SO ORDERED.**

*[signature: Lourdes A. Martínez]*
UNITED STATES MAGISTRATE JUDGE
LOURDES A. MARTÍNEZ